**Continuing Abatement Order filed December 31, 2019**



In The

# Fourteenth Court of Appeals

——————————

NO. 14-19-00661-CR
NO. 14-19-00662-CR
NO. 14-19-00663-CR

——————————

## EX PARTE JAMIN STOCKER

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1643380, 1643381, & 1643382**

## CONTINUING ABATEMENT ORDER

Appellant is pro se. On August 16, 2019, appellant timely filed a notice of appeal from the denial of his pretrial petition for writ of habeas corpus. On October 24, 2019, this court directed the trial court to conduct a hearing in this case to determine whether appellant desires to prosecute his appeals, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. Our order required the trial court to see that a record of the hearing was made, make findings of fact and conclusions of law, and order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the

findings and conclusions. The transcribed record of the hearing and the trial court's findings and conclusions were to have been filed with the clerk of this court on or before November 25, 2019. The ordered items were not filed. On November 26, 2019, this court sent a follow-up letter requesting the record and findings. As of this date, nothing has been filed.

We order the trial court to determine:

1. Whether appellant desires to prosecute his appeals; and, if so,

2. Whether appellant is indigent and entitled to appointed counsel on appeal.

If the trial court finds that appellant desires to prosecute his appeals, is indigent and entitled to appointed counsel on appeal, we order the trial court to forward to the clerk of this court a supplemental clerk's record containing those findings and an order, if any, appointing appellate counsel. We order the trial court to complete this process and forward the requested items **within ten (10) days of the date of this order.**

Additionally, we order the trial court to see that a transcribed record of the hearing held August 13, 2019, is filed with the clerk of this court **within ten (10) days of the date of this order.**

The appeals remain abated, treated as closed cases, and removed from this court's active docket. The appeals will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court also will consider an appropriate motion to reinstate the appeals filed by either party.

PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.